1  Anthony L. Martin
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   Brian L. Bradford
3  Nevada Bar No. 9518
4  brian.bradford@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant Venetian Casino Resort, LLC*

10                 **UNITED STATES DISTRICT COURT**

11                 **FOR THE DISTRICT OF NEVADA**

12

13  OMAR CERON,                                      Case No.:  2:14-cv-00148-APG-NJK

14                         Plaintiff,

15  vs.

16  VENETIAN CASINO RESORT LLC., a             **STIPULATION AND ORDER FOR**
    Nevada Corporation d/b/a PALAZZO            **DISMISSAL WITH PREJUDICE**
17  HOTEL, et al.,

18                         Defendant.

19

20

21       IT IS HEREBY STIPULATED by and between Plaintiff Omar Ceron, and Defendant

22  Venetian Casino Resort LLC, a Nevada Corporation d/b/a Palazzo Hotel, by and through their

23  respective counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in

24  its entirety.

25  / / /

26  / / /

27
28  / / /

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Each party shall bear its own fees and costs.

**IT IS SO STIPULATED:**

Dated this 6th day of June, 2014.                    Dated this 6th day of June, 2014.

SCHUETZE & MCGAHA, P.C.                        OGLETREE, DEAKINS, NASH, SMOAK &
                                                & STEWART, P.C.


/s/  Eva L. Johnson                                    /s/ Brian L. Bradford
Eva L. Johnson                                  Anthony L. Martin
601 South Rancho Dr.                            Brian L. Bradford
Suite C-20                                      Well Fargo Tower
Las Vegas, NV 89106                             3800 Howard Hughes Parkway
Telephone: 702.369-3225                         Suite 1500
                                                Las Vegas, NV  89169
*Attorneys for Plaintiff Omar Ceron*             Telephone:  702.369.6800

                                                *Attorneys for Defendant Venetian Casino Resort, LLC*


### ORDER


Based on the parties' stipulation,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each side to

bear its own fees and costs.  The Motion to Dismiss [#8] is DENIED as moot.

Dated:  June 9, 2014.


_____
UNITED STATES DISTRICT JUDGE

2